1  MATTHEW A. MACDONALD, SBN 255269
   TREVOR N. TEMPLETON, SBN 308896
2  CHRISTOPHER M. HURLEY, SBN 350153
   MADELYN Y. CHEN, SBN 346126
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  953 East 3rd Street, Suite 100
   Los Angeles, CA  90013-1952
5  Telephone:   (323) 210-2900
   Facsimile:   (866) 974-7329
6  Email:       matthew.macdonald@wsgr.com
                ttempleton@wsgr.com
7                churley@wsgr.com
                madelyn.chen@wsgr.com
8
   CAITLIN MCKELVIE, *pro hac vice*
9  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
10 95 S. State Street, Suite 1000
   Salt Lake City, UT 84111
11 Telephone:  (801) 401-8510
   Facsimile:  (866) 974-7329
12 Email:       cmckelvie@wsgr.com

13
   Attorneys for Defendant
14 LIVERAMP HOLDINGS, INC.

15                 UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18 CHRISTINE RIGANIAN and DONNA            ) Case No.: 4:25-cv-824-JST
   SPURGEON, *on behalf of themselves and all*  )
19 *others similarly situated*,            ) **DECLARATION OF TREVOR N.**
                                           ) **TEMPLETON IN SUPPORT OF**
20              Plaintiff,                  ) **MOTION TO DISMISS CLASS**
                                           ) **ACTION COMPLAINT**
21      v.                                  )
                                           )
22 LIVERAMP HOLDINGS, INC., *a corporation* ) Before: Hon. Judge Jon S. Tigar
   *organized under the laws of the State of*  )
23 *Delaware*,                              )
                                           )
24              Defendant.

25

26

27

28

DECL. T. TEMPLETON I/S/O MOT. DISMISS                    CASE NO. 4:25-CV-824-JST

1    I, Trevor N. Templeton, declare as follows:

2    1.    I am an attorney duly licensed to practice law in the State of California and before

3    this Court. I am a partner at the law firm of Wilson Sonsini Goodrich & Rosati, Professional

4    Corporation, counsel for Defendant LiveRamp Holdings, Inc. ("LiveRamp") in this action.  I

5    submit this Declaration in support of LiveRamp's Motion to Dismiss the Class Action Complaint

6    filed in this matter.  I have personal knowledge of the matters set forth in this declaration and, if

7    called upon to do so, could and would testify competently as to the matters set forth herein.

8    2.    Attached hereto as **Exhibit A** is a true and correct copy of California Assembly

9    Bill 929, Committee Report, from the 2015-2016 Regular Legislative Session, dated June 15,

10    2015.

11    3.    Attached hereto as **Exhibit B** is a true and correct copy of Proposition 24, The

12    California Privacy Rights Act of 2020 (codified at Cal. Civ. Code Ann. § 1798.100 (West

13    2025)).

14    4.    Attached hereto as **Exhibit C** is a true and correct copy of California Assembly

15    Bill 929, as adopted by the 2015-2016 Legislative Session on August 13, 2015.

16    5.    Attached hereto as **Exhibit D** is a true and correct copy of California Assembly

17    Bill 929, Committee Report, from the 2015-2016 Regular Legislative Session, dated April 6,

18    2015.

19    I declare under penalty of perjury under the laws of the United States of America that the

20    foregoing is true and correct.

21    Executed this 28th day of March, 2025, at Los Angeles, California.

22

23    By: */s/ Trevor Templeton*
       Trevor Templeton

24

25

26

27

28

DECL. T. TEMPLETON I/S/O MOT. DISMISS    1    CASE NO. 4:25-CV-824-JST

1

**SIGNATURE ATTESTATION**

2          I, Matthew A. Macdonald, am the ECF User whose ID and password are being used to

3   file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the

4   concurrence in the filing of this document has been obtained from the signatory.

5

6                                              By: */s/ Matthew A. Macdonald*
                                                   Matthew A. Macdonald
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28