MATTHEW A. MACDONALD, SBN 255269
TREVOR N. TEMPLETON, SBN 308896
CHRISTOPHER M. HURLEY, SBN 350153
MADELYN Y. CHEN, SBN 346126
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
953 East 3rd Street, Suite 100
Los Angeles, CA  90013-1952
Telephone:   (323) 210-2900
Facsimile:    (866) 974-7329
Email:         matthew.macdonald@wsgr.com
                  ttempleton@wsgr.com
                  churley@wsgr.com
                  madelyn.chen@wsgr.com

CAITLIN MCKELVIE, *pro hac vice*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
95 S. State Street, Suite 1000
Salt Lake City, UT 84111
Telephone:   (801) 401-8510
Facsimile:    (866) 974-7329
Email:         cmckelvie@wsgr.com


Attorneys for Defendant
LIVERAMP HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| CHRISTINE RIGANIAN and DONNA SPURGEON, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>LIVERAMP HOLDINGS, INC., *a corporation organized under the laws of the State of Delaware*,<br><br>Defendant. | Case No. 4:25-cv-824-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS CLASS ACTION COMPLAINT**<br><br>Date: June 5, 2025<br>Time: 2:00 pm<br>Courtroom 6<br><br>Hon. Jon S. Tigar |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

Having read and considered Defendant LiveRamp Holdings, Inc.'s Motion to Dismiss Class Action Complaint, the briefs filed in support and opposition, and the entire record herein, Defendant's Motion to Dismiss is hereby GRANTED in its entirety and the Complaint is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**


Dated: _____          _____

The Honorable Jon S. Tigar
United States District Court Judge