1   Michael W. Sobol (SBN 194857)
    msobol@lchb.com
2   David T. Rudolph (SBN 233457)
    drudolph@lchb.com
3   Linnea D. Pittman (*pro hac vice*)
    lpittman@lchb.com
4   LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
5   275 Battery Street, 29th Floor
    San Francisco, CA  94111
6   Telephone:  415.956.1000
    Facsimile:  415.956.1008
7
    Jason "Jay" O. Barnes (*pro hac vice*)
8   jaybarnes@simmonsfirm.com
    An V. Truong (*pro hac vice*)
9   atruong@simmonsfirm.com
    Sona R. Shah (*pro hac vice*)
10  sshah@simmonsfirm.com
    SIMMONS HANLY CONROY LLP
11  112 Madison Avenue, 7th Floor
    New York, NY 10016
12  Telephone:  212.784.6400
    Facsimile:  212.213.5949

Matthew A. Macdonald (SBN 255269)
Trevor N. Templeton (SBN 30889)
Christopher M. Hurley (SBN 350153)
Madelyn Y. Chen (SBN 346126)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
953 East 3rd Street, Suite 100
Los Angeles, CA 90013-1952
Telephone:  (323) 210-2900
Facsimile:  (866) 974-7329
matthew.macdonald@wsgr.com
ttempleton@wsgr.com
churley@wsgr.com
madelyn.chen@wsgr.com

Caitlin McKelvie (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
95 S. State Street, Suite 1000
Salt Lake City, UT 84111
Telephone:  (801) 401-8510
Facsimile:  (866) 974-7329
Email:  cmckelvie@wsgr.com

13  *Attorneys for Plaintiffs and*
    *the Proposed Classes*

*Attorneys for Defendant*

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO DIVISION

18

19  CHRISTINE RIGANIAN and DONNA
    SPURGEON, *on behalf of themselves and*
20  *all others similarly situated*,

21                    Plaintiffs,

22  v.

23  LIVERAMP HOLDINGS INC., *a*
    *corporation organized under the laws*
24  *of the State of Delaware*,

25                    Defendant.

26

Case No. 4:25-cv-824 (JST)

**STIPULATION AND [PROPOSED]
ORDER TO EXTEND BRIEFING
SCHEDULE ON DEFENDANT
LIVERAMP HOLDINGS INC.'S MOTION
TO DISMISS**

27

28

- 1 -

Pursuant to Civil L.R. 6-1(a), Plaintiffs Christine Riganian and Donna Spurgeon ("Plaintiffs"), and Defendant LiveRamp Holdings, Inc. ("Defendant"), by and through their attorneys of record, stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on January 24, 2025 asserting six causes of action for (1) invasion of privacy (California Constitution); (2) intrusion upon seclusion (California Common Law); (3) violation of the California Invasion of Privacy Act; (4) violation of the Federal Wiretap Act; (5) unjust enrichment; and (6) declaratory judgment (ECF 1);

WHEREAS, Defendant agreed to waive service of summons on January 27, 2025 (ECF 14);

WHEREAS, Defendant filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on March 28, 2025 (ECF 17);

WHEREAS, Plaintiffs' opposition to Defendant's motion to dismiss would be due by April 11, 2025 and Defendant's reply would be due by April 18, 2025;

WHEREAS, in lieu of opposing Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b), Plaintiffs will timely amend the complaint as a matter of right pursuant to Fed. R. Civ. P. 15(a)(1)(B) on or before **April 18, 2025**. Accordingly, consistent with Fed. R. Civ. P. 15, Plaintiffs will not be filing an opposition to Defendant's motion to dismiss (which would otherwise be due under the Local Rules by April 11, 2025);

WHEREAS, counsel for the parties met and conferred by email on April 8 and 9, 2025 regarding a briefing schedule for Defendant's forthcoming motion to dismiss;

WHEREAS, the parties' stipulation herein and the proposed briefing schedule regarding Defendant's anticipated motion to dismiss will not alter the date of any event or any deadline already fixed by Court order;

STIPULATION AND [PROPOSED] ORDER TO EXTEND
BRIEFING SCHEDULE ON DEFENDANT LIVERAMP
HOLDINGS INC.'S MOTION TO DISMISS
CASE NO. 4:25-CV-00824 (JST)

NOW, THEREFORE, the parties stipulate and agree, subject to the approval of the Court, that:

1.      Plaintiffs shall file their Amended Complaint on or before **April 18, 2025**;

2.      Defendant shall file its motion to dismiss Plaintiffs' amended complaint on or before **May 19, 2025**;

3.      Plaintiffs shall file their opposition to Defendant's motion to dismiss on or before **June 16, 2025**;

4.      Defendant shall file its reply on or before **June 30, 2025**;

5.      Pursuant to Civil L.R. 7-2(a) and the Court's Scheduling Notes, Defendant shall notice its motion to dismiss for hearing on **Thursday, July 17, 2025 at 2:00 p.m.**, or the earliest date thereafter available pursuant to the Court's availability or on a date or time otherwise directed by the Court.

Dated:  April 11, 2025

*/s/ Michael W. Sobol*
Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

*/s/ Jason "Jay" O. Barnes*
Jason "Jay" O. Barnes (*pro hac vice*)
jaybarnes@simmonsfirm.com
**SIMMONS HANLY CONROY LLP**
12 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: 212.784.6400
Facsimile:  212.213.5949

*Attorneys for Plaintiffs and the Proposed Classes*

STIPULATION AND [PROPOSED] ORDER TO EXTEND
BRIEFING SCHEDULE ON DEFENDANT LIVERAMP
HOLDINGS INC.'S MOTION TO DISMISS
CASE NO. 4:25-CV-00824 (JST)

1    Dated:  April 11, 2025

2                                    */s/ Matthew A. Macdonald*
                                     Matthew A. Macdonald (SBN 255269)
3                                    Mathrew.macdonald@wsgr.com
                                     **WILSON SONSINI GOODRICH & ROSATI**
4                                    Professional Corporation
                                     953 East 3rd Street, Suite 100
5                                    Los Angeles, CA 90013-1952
                                     Telephone:  (323) 210-2900
                                     Facsimile:  (866) 974-7329

6                                    *Attorney for Defendant*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND
BRIEFING SCHEDULE ON DEFENDANT LIVERAMP
HOLDINGS INC.'S MOTION TO DISMISS
CASE NO. 4:25-CV-00824 (JST)

1

## <u>ATTESTATION</u>

2

I, Michael W. Sobol, am the ECF User whose ID and password are being used to file this

3

**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON**

4

**DEFENDANT LIVERAMP HOLDINGS INC.'S MOTION TO DISMISS**. Pursuant to Civil

5

Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has

6

been obtained from the other signatories.

7

8

9

Dated:  April 11, 2025                          /s/ *Michael W. Sobol*
10                                                            Michael W. Sobol
                                                            **LIEFF CABRASER HEIMANN**
11                                                            **& BERNSTEIN, LLP**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND
BRIEFING SCHEDULE ON DEFENDANT LIVERAMP
HOLDINGS INC.'S MOTION TO DISMISS
CASE NO. 4:25-CV-00824 (JST)

1

## [PROPOSED] ORDER

2

Pursuant to the Parties' stipulation, the Court hereby orders as follows:

3

4    1.      Plaintiffs shall file their Amended Complaint on or before April 18, 2025;

5    2.      Defendant shall file its motion to dismiss Plaintiffs' amended complaint on or before

6            May 19, 2025;

7    3.      Plaintiffs shall file their opposition to Defendant's motion to dismiss on or before

8            June 16, 2025;

9    4.      Defendant shall file its reply on or before June 30, 2025;

10   5.      Defendant shall notice its motion to dismiss for hearing on Thursday, July 17, 2025

11           at 2:00 p.m., or the earliest date thereafter available pursuant to the Court's

12
13           availability or on a date or time otherwise directed by the Court.

14

15   **IT IS SO ORDERED.**

16

17   Dated: _____, 2025        _____

18                                            HON. JON S. TIGAR
                                              United States District Court Judge
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND
BRIEFING SCHEDULE ON DEFENDANT LIVERAMP
HOLDINGS INC.'S MOTION TO DISMISS
CASE NO. 4:25-CV-00824 (JST)