| | |
|---|---|
| Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>David T. Rudolph (SBN 233457)<br>drudolph@lchb.com<br>Linnea D. Pittman (*pro hac vice*)<br>lpittman@lchb.com<br>LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>Jason "Jay" O. Barnes (*pro hac vice*)<br>jaybarnes@simmonsfirm.com<br>An V. Truong (*pro hac vice*)<br>atruong@simmonsfirm.com<br>Sona R. Shah (*pro hac vice*)<br>sshah@simmonsfirm.com<br>SIMMONS HANLY CONROY LLP<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Telephone: 212.784.6400<br>Facsimile: 212.213.5949<br><br>*Attorneys for Plaintiffs and the Proposed Classes* | Matthew A. Macdonald (SBN 255269)<br>Trevor N. Templeton (SBN 30889)<br>Christopher M. Hurley (SBN 350153)<br>Madelyn Y. Chen (SBN 346126)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>953 East 3rd Street, Suite 100<br>Los Angeles, CA 90013-1952<br>Telephone: (323) 210-2900<br>Facsimile: (866) 974-7329<br>matthew.macdonald@wsgr.com<br>ttempleton@wsgr.com<br>churley@wsgr.com<br>madelyn.chen@wsgr.com<br><br>Caitlin McKelvie (*pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>95 S. State Street, Suite 1000<br>Salt Lake City, UT 84111<br>Telephone: (801) 401-8510<br>Facsimile: (866) 974-7329<br>Email: cmckelvie@wsgr.com<br><br>*Attorneys for Defendant* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTINE RIGANIAN and DONNA SPURGEON, *on behalf of themselves and all others similarly situated*,<br><br>  Plaintiffs,<br><br>v.<br><br>LIVERAMP HOLDINGS INC., *a corporation organized under the laws of the State of Delaware*,<br><br>  Defendant. | Case No. 4:25-cv-824 (JST)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT LIVERAMP HOLDINGS INC.'S MOTION TO DISMISS** |

- 1 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND
BRIEFING SCHEDULE ON DEFENDANT LIVERAMP
HOLDINGS INC.'S MOTION TO DISMISS
CASE NO. 4:25-CV-00824 (JST)

Pursuant to Civil L.R. 6-1(a), Plaintiffs Christine Riganian and Donna Spurgeon ("Plaintiffs"), and Defendant LiveRamp Holdings, Inc. ("Defendant"), by and through their attorneys of record, stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on January 24, 2025 asserting six causes of action for (1) invasion of privacy (California Constitution); (2) intrusion upon seclusion (California Common Law); (3) violation of the California Invasion of Privacy Act; (4) violation of the Federal Wiretap Act; (5) unjust enrichment; and (6) declaratory judgment (ECF 1);

WHEREAS, Defendant agreed to waive service of summons on January 27, 2025 (ECF 14);

WHEREAS, Defendant filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on March 28, 2025 (ECF 17);

WHEREAS, Plaintiffs' opposition to Defendant's motion to dismiss would be due by April 11, 2025 and Defendant's reply would be due by April 18, 2025;

WHEREAS, in lieu of opposing Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b), Plaintiffs will timely amend the complaint as a matter of right pursuant to Fed. R. Civ. P. 15(a)(1)(B) on or before **April 18, 2025**. Accordingly, consistent with Fed. R. Civ. P. 15, Plaintiffs will not be filing an opposition to Defendant's motion to dismiss (which would otherwise be due under the Local Rules by April 11, 2025);

WHEREAS, counsel for the parties met and conferred by email on April 8 and 9, 2025 regarding a briefing schedule for Defendant's forthcoming motion to dismiss;

WHEREAS, the parties' stipulation herein and the proposed briefing schedule regarding Defendant's anticipated motion to dismiss will not alter the date of any event or any deadline already fixed by Court order;

- 2 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND
BRIEFING SCHEDULE ON DEFENDANT LIVERAMP
HOLDINGS INC.'S MOTION TO DISMISS
CASE NO. 4:25-CV-00824 (JST)

NOW, THEREFORE, the parties stipulate and agree, subject to the approval of the Court, that:

1. Plaintiffs shall file their Amended Complaint on or before **April 18, 2025**;

2. Defendant shall file its motion to dismiss Plaintiffs' amended complaint on or before **May 19, 2025**;

3. Plaintiffs shall file their opposition to Defendant's motion to dismiss on or before **June 16, 2025**;

4. Defendant shall file its reply on or before **June 30, 2025**;

5. Pursuant to Civil L.R. 7-2(a) and the Court's Scheduling Notes, Defendant shall notice its motion to dismiss for hearing on **Thursday, July 17, 2025 at 2:00 p.m.**, or the earliest date thereafter available pursuant to the Court's availability or on a date or time otherwise directed by the Court.

Dated: April 11, 2025

*/s/ Michael W. Sobol* _____
Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

*/s/ Jason "Jay" O. Barnes*
Jason "Jay" O. Barnes (*pro hac vice*)
jaybarnes@simmonsfirm.com
**SIMMONS HANLY CONROY LLP**
12 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: 212.784.6400
Facsimile: 212.213.5949

*Attorneys for Plaintiffs and the Proposed Classes*

- 3 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND
BRIEFING SCHEDULE ON DEFENDANT LIVERAMP
HOLDINGS INC.'S MOTION TO DISMISS
CASE NO. 4:25-CV-00824 (JST)

1  Dated:  April 11, 2025

*/s/ Matthew A. Macdonald* _____
Matthew A. Macdonald (SBN 255269)
Mathrew.macdonald@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
953 East 3rd Street, Suite 100
Los Angeles, CA 90013-1952
Telephone:  (323) 210-2900
Facsimile:  (866) 974-7329

*Attorney for Defendant*

- 4 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT LIVERAMP HOLDINGS INC.'S MOTION TO DISMISS
CASE NO. 4:25-CV-00824 (JST)

# ATTESTATION

I, Michael W. Sobol, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT LIVERAMP HOLDINGS INC.'S MOTION TO DISMISS**. Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  April 11, 2025           /s/ *Michael W. Sobol*
                                 Michael W. Sobol
                                 **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

- 5 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT LIVERAMP HOLDINGS INC.'S MOTION TO DISMISS
CASE NO. 4:25-CV-00824 (JST)

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, the Court hereby orders as follows:

1. Plaintiffs shall file their Amended Complaint on or before April 18, 2025;

2. Defendant shall file its motion to dismiss Plaintiffs' amended complaint on or before May 19, 2025;

3. Plaintiffs shall file their opposition to Defendant's motion to dismiss on or before June 16, 2025;

4. Defendant shall file its reply on or before June 30, 2025;

5. Defendant shall notice its motion to dismiss for hearing on Thursday, July 17, 2025 at 2:00 p.m., or the earliest date thereafter available pursuant to the Court's availability or on a date or time otherwise directed by the Court.

**IT IS SO ORDERED.**

Dated: __April 14_____, 2025     _____
HON. JON S. TIGAR
United States District Court Judge

- 6 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT LIVERAMP HOLDINGS INC.'S MOTION TO DISMISS
CASE NO. 4:25-CV-00824 (JST)