MATTHEW A. MACDONALD, SBN 255269
TREVOR N. TEMPLETON, SBN 308896
CHRISTOPHER M. HURLEY, SBN 350153
MADELYN Y. CHEN, SBN 346126
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
953 East 3rd Street, Suite 100
Los Angeles, CA  90013-1952
Telephone:   (323) 210-2900
Facsimile:    (866) 974-7329
Email:         matthew.macdonald@wsgr.com
                   ttempleton@wsgr.com
                   churley@wsgr.com
                   madelyn.chen@wsgr.com

CAITLIN MCKELVIE, *pro hac vice*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
95 S. State Street, Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 401-8510
Facsimile:   (866) 974-7329
Email:        cmckelvie@wsgr.com

Attorneys for Defendant
LIVERAMP HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| CHRISTINE RIGANIAN and DONNA SPURGEON, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>LIVERAMP HOLDINGS, INC., *a corporation organized under the laws of the State of Delaware*,<br><br>Defendant. | Case No. 4:25-cv-824-JST<br><br>**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS BY LIVERAMP, INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant LiveRamp, Inc. states that LiveRamp Holdings, Inc. is its parent corporation and is a publicly held corporation with over 10% ownership interest in LiveRamp, Inc.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. LiveRamp Holdings, Inc. has a financial interest in LiveRamp, Inc. as its parent corporation that owns 100% of LiveRamp, Inc.

Dated: April 23, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Matthew A. Macdonald*
Matthew A. Macdonald

Attorney for Defendant
LIVERAMP HOLDINGS, INC.