| | |
|---|---|
| Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>David T. Rudolph (SBN 233457)<br>drudolph@lchb.com<br>Linnea D. Pittman (*pro hac vice*)<br>lpittman@lchb.com<br>LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111<br>Telephone:  415.956.1000<br>Facsimile:  415.956.1008<br><br>Jason "Jay" O. Barnes (*pro hac vice*)<br>jaybarnes@simmonsfirm.com<br>An V. Truong (*pro hac vice*)<br>atruong@simmonsfirm.com<br>Sona R. Shah (*pro hac vice*)<br>sshah@simmonsfirm.com<br>SIMMONS HANLY CONROY LLP<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Telephone:  212.784.6400<br>Facsimile:  212.213.5949<br><br>*Attorneys for Plaintiffs and<br>the Proposed Classes* | Matthew A. Macdonald (SBN 255269)<br>Trevor N. Templeton (SBN 30889)<br>Christopher M. Hurley (SBN 350153)<br>Madelyn Y. Chen (SBN 346126)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>953 East 3rd Street, Suite 100<br>Los Angeles, CA 90013-1952<br>Telephone:  (323) 210-2900<br>Facsimile:  (866) 974-7329<br>matthew.macdonald@wsgr.com<br>ttempleton@wsgr.com<br>churley@wsgr.com<br>madelyn.chen@wsgr.com<br><br>Caitlin McKelvie (*pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>95 S. State Street, Suite 1000<br>Salt Lake City, UT 84111<br>Telephone:  (801) 401-8510<br>Facsimile:  (866) 974-7329<br>Email:  cmckelvie@wsgr.com<br><br>*Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTINE RIGANIAN and DONNA SPURGEON, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>LIVERAMP HOLDINGS INC. and LIVERAMP INC., *corporations organized under the laws of the State of Delaware*,<br><br>Defendants. | Case No. 4:25-cv-824 (JST)<br><br>**JOINT STIPULATION RE ESI PROTOCOL AND PROTECTIVE ORDER SCHEDULE** |

Pursuant to Civil L.R. 6-1(a), Plaintiffs Christine Riganian and Donna Spurgeon ("Plaintiffs"), and Defendants LiveRamp Holdings, Inc. and LiveRamp Inc. ("LiveRamp"), by and through their attorneys of record, stipulate as follows:

WHEREAS, the parties' Joint Case Management Statement proposed a deadline of Monday, April 28, 2025, for the parties to file their proposed Protective Order and Stipulated ESI Protocol (ECF 35 at 18);

WHEREAS, Plaintiffs provided LiveRamp with drafts of the proposed Protective Order and Stipulated ESI Protocol on March 28, 2025, and LiveRamp provided revisions to those drafts on April 23, 24, and 25, 2025, and the parties met and conferred regarding these drafts on April 3, 2025, and April 24, 2025;

WHEREAS, the parties continue to actively meet and confer on various topics addressed in those documents, including the scope and mechanics of ESI preservation and proposed Protective Order provisions;

WHEREAS, certain issues related to ESI preservation and proposed Protective Order provisions require further discussion, and thus the parties request to continue to meet and confer in good faith in an attempt to either come to agreement on related terms set forth in those documents or narrow the scope of disputed issues for resolution by the Court;

WHEREAS, Plaintiffs intend to request at the April 29, 2025 Initial Case Management Conference before the Honorable Judge Tigar that the Court set a date certain by which the parties either submit a joint stipulated ESI Protocol and Protective Order or briefing addressing disputed issues;

WHEREAS, the parties' stipulation herein will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, the parties stipulate and agree that submission of the ESI Protocol and Protective Order will be deferred pending the Court's guidance on timing and process for submission.

Dated: April 28, 2025

*/s/ Michael W. Sobol*
Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

*/s/ Jason "Jay" O. Barnes*
Jason "Jay" O. Barnes (*pro hac vice*)
jaybarnes@simmonsfirm.com
**SIMMONS HANLY CONROY LLP**
12 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: 212.784.6400
Facsimile: 212.213.5949

*Attorneys for Plaintiffs and the Proposed Classes*

Dated: April 28, 2025

*/s/ Matthew A. Macdonald*
Matthew A. Macdonald (SBN 255269)
Mathrew.macdonald@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
953 East 3rd Street, Suite 100
Los Angeles, CA 90013-1952
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorney for Defendants*

## **ATTESTATION**

I, Michael W. Sobol, am the ECF User whose ID and password are being used to file this **JOINT STIPULATION RE ESI PROTOCOL AND PROTECTIVE ORDER SCHEDULE**. Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: April 28, 2025                    /s/ *Michael W. Sobol*
                                         Michael W. Sobol
                                         **LIEFF CABRASER HEIMANN**
                                         **& BERNSTEIN, LLP**