MATTHEW A. MACDONALD, SBN 255269
TREVOR N. TEMPLETON, SBN 308896
CHRISTOPHER M. HURLEY, SBN 350153
MADELYN Y. CHEN, SBN 346126
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
953 East 3rd Street, Suite 100
Los Angeles, CA 90013-1952
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: matthew.macdonald@wsgr.com
ttempleton@wsgr.com
churley@wsgr.com
madelyn.chen@wsgr.com

CAITLIN MCKELVIE, *pro hac vice*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
95 S. State Street, Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 401-8510
Facsimile: (866) 974-7329
Email: cmckelvie@wsgr.com

Attorneys for Defendant
LIVERAMP HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE RIGANIAN and DONNA SPURGEON, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LIVERAMP HOLDINGS, INC. and LIVERAMP, INC., *corporations organized under the laws of the State of Delaware*,<br><br>Defendants. | Case No.: 4:25-cv-824-JST<br><br>**DECLARATION OF CAITLIN MCKELVIE IN SUPPORT OF JOINT STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION**<br><br>Before: Hon. Judge Jon S. Tigar |

I, Caitlin McKelvie, declare as follows:

1. I am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation, counsel for Defendants LiveRamp Holdings, Inc. and LiveRamp, Inc. (collectively, "LiveRamp") in this action. I make this declaration in support of entry of the parties' Joint Stipulated Order Re: Discovery of Electronically Stored Information ("Proposed ESI Order"). I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2. The parties' Proposed ESI Order is based on the Northern District of California's "[Model] Stipulated Order Re: Discovery of Electronically Stored information for Standard Litigation" ("Standard Model ESI Order").

3. Attached hereto as **Exhibit A** is a true and correct copy of a redline comparing the parties' Proposed ESI Order with the Northern District of California's Standard Model ESI Order.

4. The Proposed ESI Order is identical to the Standard Model ESI Order except for changes reflected in Exhibit A, as described below, and the addition of case-identifying or case-specific information:

a. The parties added Section III, "Proportionality," in the Proposed ESI Order to expressly incorporate the proportionality standard of Federal Rule of Civil Procedure 26(b)(1).

b. In Section IV, the parties named their respective e-discovery liaisons in order to provide further information.

c. In Section V, regarding preservation, the parties added details specific to this case and generally identified relevant custodians. The parties also outlined their positions on preservation of certain data, and areas of agreement, to reflect ongoing discussions and memorialize their concurrences.

d. In Section VIII, the parties modified the phasing agreement to reflect their continued discussion of phasing ESI production.

e. In Section IX, the parties modified the language to reflect that they have not agreed on a "quick peek" process but instead have agreed to a "claw back" protocol that is described in the parties' Proposed Protective Order. The parties also modified the language to reflect their agreement that privileged communications involving in-house counsel that post-date the filing of the complaint do not need to be included on a privilege log.

5. As referenced in Section VII, "Production Formats," the parties added an Appendix 1 in the Proposed ESI Order that provides technical specifications which account for the potential for unique and complex document production in this case. The addition of Appendix 1 helps govern a potentially large ESI document production and helps mitigate disputes over production formats and metadata.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this May 27, 2025, at Salt Lake City, Utah.

By: /s/ ____________________
Caitlin McKelvie

## ATTESTATION

I, Michael W. Sobol, am the ECF User whose ID and password are being used to file this **DECLARATION OF CAITLIN MCKELVIE IN SUPPORT OF ENTRY OF JOINT STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION**. Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: May 27, 2025

/s/ *Michael W. Sobol*

Michael W. Sobol
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**