MATTHEW A. MACDONALD, SBN 255269
TREVOR N. TEMPLETON, SBN 308896
MADELYN Y. CHEN, SBN 346126
ROMAN A. GIEROK, SBN 361158
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
953 East 3rd Street, Suite 100
Los Angeles, CA 90013-1952
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: matthew.macdonald@wsgr.com
 ttempleton@wsgr.com
 aanaba@wsgr.com
 madelyn.chen@wsgr.com
 rgierok@wsgr.com

CAITLIN MCKELVIE, *pro hac vice*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
95 S. State Street, Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 401-8510
Facsimile: (866) 974-7329
Email: cmckelvie@wsgr.com

BOURGON B. REYNOLDS, *pro hac vice*
NANCY A. SMITH, *pro hac vice*
ROSE LAW FIRM
809 South 52nd Street, Suite A
Rogers, Arkansas 72758
Telephone: (501) 377-0470
Facsimile: (501) 375-1309
Email: breynolds@roselawfirm.com
 nsmith@roselawfirm.com

Attorneys for Defendants
LIVERAMP HOLDINGS, INC. and
LIVERAMP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE RIGANIAN and DONNA SPURGEON, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>LIVERAMP HOLDINGS, INC., and LIVERAMP, INC. *corporations organized under the laws of the State of Delaware*,<br><br>Defendants. | Case No.: 4:25-cv-824-JST<br><br>**STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1 EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Defendants LiveRamp Holdings Inc. and LiveRamp, Inc. (collectively, "LiveRamp") and Plaintiffs Christine Riganian and Donna Spurgeon (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on April 18, 2025, Plaintiffs filed the First Amended Complaint against LiveRamp (Dkt. 32);

WHEREAS, on May 19, 2025, LiveRamp filed a motion to dismiss the First Amended Complaint (the "Motion to Dismiss") (Dkt. 49);

WHEREAS, on July 18, 2025, the Court granted in part and denied in part the Motion to Dismiss (Dkt. 60);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), LiveRamp's deadline to answer Plaintiffs' First Amended Complaint would be August 1, 2025;

WHEREAS, pursuant to Civil Local Rule 6-1(a), the Parties have agreed to extend by fourteen (14) days the date by which LiveRamp must answer the First Amended Complaint;

WHEREAS, the Parties' proposed deadline, included herein, does not affect any deadlines previously established by this Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 6-1(a), by and between the undersigned, that LiveRamp shall file its answer to Plaintiffs' First Amended Complaint no later than August 15, 2025.

IT IS SO STIPULATED

| Dated: July 24, 2025 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By: /s/ *Matthew A. Macdonald*<br>Matthew A. Macdonald<br>E-mail: matthew.macdonald@wsgr.com<br><br>Attorney for Defendants LIVERAMP, INC. and LIVERAMP HOLDINGS, INC. |
|---|---|

| Dated: July 24, 2025 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br><br>By:   /s/ *David T. Rudolph*<br>David T. Rudolph<br>E-mail: drudolph@lchb.com<br><br>Attorney for Plaintiffs and the Proposed Classes |
|---|---|

**ATTESTATION**

I, Matthew A. Macdonald, am the ECF User whose ID and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

By:   /s/ *Matthew A. Macdonald*
Matthew A. Macdonald