UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE RIGANIAN, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>LIVERAMP HOLDINGS, INC., et al.,<br><br>  Defendants. | Case No. 25-cv-00824-JST<br><br>**ORDER REFERRING ALL DISCOVERY DISPUTES TO MAGISTRATE JUDGE**<br><br>Re: ECF No. 72 |

    Discovery disputes in this case are referred to a magistrate judge. The magistrate judge to whom the matter is assigned will advise the parties of how that judge intends to proceed. The magistrate judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a magistrate judge has been assigned, all further discovery matters shall be filed pursuant to that judge's procedures.

    **IT IS SO ORDERED**.

Dated: September 19, 2025



JON S. TIGAR
United States District Judge