Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Linnea D. Pittman (*pro hac vice*)
lpittman@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

Jason "Jay" O. Barnes (*pro hac vice*)
jaybarnes@simmonsfirm.com
An V. Truong (*pro hac vice*)
atruong@simmonsfirm.com
Sona R. Shah (*pro hac vice*)
sshah@simmonsfirm.com
SIMMONS HANLY CONROY LLP
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: 212.784.6400
Facsimile:  212.213.5949

*Attorneys for Plaintiffs and
the Proposed Classes*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE RIGANIAN and DONNA SPURGEON, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>LIVERAMP HOLDINGS INC. and LIVERAMP INC., *corporations organized under the laws of the State of Delaware*,<br><br>Defendants. | Case No. 4:25-cv-00824 (JST) (AGT)<br><br>**PLAINTIFFS' NOTICE OF REQUEST TO CORRECT CAPTION**<br><br>Judge: Hon. Jon S. Tigar |

Plaintiffs Christina Riganian and Donna Spurgeon hereby submit this notice of their request to correct the caption of this action.

Plaintiff Christina Riganian's first name is incorrectly spelled "Christine" in the case caption. Plaintiffs respectfully request that the Court direct the Clerk of Court to update the caption in order to accurately reflect Plaintiff Christina Riganian's first name, as set forth below:

| | |
|---|---|
| CHRISTINA RIGANIAN and DONNA SPURGEON, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>LIVERAMP HOLDINGS INC. and LIVERAMP INC., *corporations organized under the laws of the State of Delaware*,<br><br>Defendants. | Case No. 4:25-cv-00824 (JST) (AGT)<br><br>Judge: Hon. Jon S. Tigar |

Counsel for Plaintiffs have conferred with counsel for Defendants prior to filing this Notice, and Defendants consent to Plaintiffs' request to change the caption.

Dated: November 5, 2025

Respectfully Submitted,

/s/ *Michael W. Sobol*
Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Linnea D. Pittman (*pro hac vice*)
lpittman@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Jason "Jay" O. Barnes (*pro hac vice*)
jaybarnes@simmonsfirm.com
An V. Truong (*pro hac vice*)
atruong@simmonsfirm.com
Sona R. Shah (*pro hac vice*)
sshah@simmonsfirm.com
SIMMONS HANLY CONROY LLP
12 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: 212.784.6400
Facsimile: 212.213.5949

*Attorneys for Plaintiffs and the Proposed Classes*