Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Linnea D. Pittman (*pro hac vice*)
lpittman@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

Jason "Jay" O. Barnes (*pro hac vice*)
jaybarnes@simmonsfirm.com
An V. Truong (*pro hac vice*)
atruong@simmonsfirm.com
Sona R. Shah (*pro hac vice*)
sshah@simmonsfirm.com
SIMMONS HANLY CONROY LLP
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: 212.784.6400
Facsimile: 212.213.5949

*Attorneys for Plaintiffs and
the Proposed Classes*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Christina Riganian and Donna Spurgeon, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br>v.<br><br>LIVERAMP HOLDINGS INC. and LIVERAMP INC.,<br><br>Defendants. | Case No. 3:25-cv-00824 (JST) (AGT)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES**<br><br>**CLASS ACTION**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge: Hon. Jon S. Tigar<br><br>Date Action Filed: January 24, 2025<br><br>Trial Date: Not set |

1  Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiffs Christina Riganian and Donna
2  Spurgeon ("Plaintiffs") and Defendants LiveRamp Holdings Inc. and LiveRamp Inc.
3  ("LiveRamp"), by and through their attorneys of record, stipulate as follows:
4  WHEREAS, on April 29, 2025, the Court set the following deadlines for this action:
5  Plaintiffs' Motion for Class Certification and Class Expert Reports are due April 22, 2026;
6  LiveRamp's Opposition to Class Certification and Class Expert Reports are due May 22, 2026;
7  Plaintiffs' Reply in Support of Class Certification and Rebuttal Class Expert Reports are due June
8  22, 2026; and the Class Certification Expert Discovery Cut-off date is July 13, 2026 (Dkt. 47);
9  WHEREAS, the parties have not previously sought to alter the date of any event or
10 deadline already fixed by Court order;
11 WHEREAS, having cooperatively been conducting discovery, having resolved numerous
12 discovery disputes through conferences without court intervention, and having made progress in
13 negotiations relating to complex data systems, the parties are diligently working to complete their
14 productions in response to discovery served to date in this action;
15 WHEREAS, the parties have met and conferred on January 28 and 29, 2026 and agree
16 that, in light of the complexity of the case and the need to ensure the orderly sequencing of further
17 discovery, depositions, and expert reports, an extension of the deadline for Plaintiffs to file their
18 class certification motion is appropriate;
19 WHEREAS, the parties have conferred and agreed to the following proposed modified
20 schedule, subject to Court approval;
21 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the
22 parties, subject to Court approval, that the new case schedule deadlines are as follows:

| Event | Current Deadline | [Proposed] Modified Deadline |
|---|---|---|
| Plaintiffs' Motion for Class Certification and Class Expert Reports | April 22, 2026 | September 22, 2025 |
| LiveRamp's Opposition to Class Certification and Class Expert Reports | May 22, 2026 | November 6, 2026 |

| Plaintiffs' Reply in Support of Motion for Class Certification and Rebuttal Class Expert Reports | June 22, 2026 | December 18, 2026 |
|---|---|---|
| Class Certification Expert Discovery Cut-Off | July 13, 2026 | January 15, 2027 |

Dated:  January 30, 2026

Respectfully Submitted,

*/s/ Michael W. Sobol*

Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Linnea D. Pittman (*pro hac vice*)
lpittman@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Jason "Jay" O. Barnes (*pro hac vice*)
jaybarnes@simmonsfirm.com
An V. Truong (*pro hac vice*)
atruong@simmonsfirm.com
Sona R. Shah (*pro hac vice*)
sshah@simmonsfirm.com
SIMMONS HANLY CONROY LLP
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: 212.784.6400
Facsimile: 212.213.5949

*Attorneys for Plaintiffs and the Proposed Classes*

## **ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I, Michael W. Sobol, hereby attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: January 30, 2026            Respectfully Submitted,

*/s/ Michael W. Sobol*

Michael W. Sobol
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court hereby orders that the case schedule is amended as follows:

| Event | Current Deadline | [Proposed] Modified Deadline |
|---|---|---|
| Plaintiffs' Motion for Class Certification and Class Expert Reports | April 22, 2026 | September 22, 2025 |
| LiveRamp's Opposition to Class Certification and Class Expert Reports | May 22, 2026 | November 6, 2026 |
| Plaintiffs' Reply in Support of Motion for Class Certification and Rebuttal Class Expert Reports | June 22, 2026 | December 18, 2026 |
| Class Certification Expert Discovery Cut-Off | July 13, 2026 | January 15, 2027 |

**IT IS SO ORDERED.**

Dated: February \_\_\_\_, 2026

_____
U.S. District Court Judge Jon S. Tigar