United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA RIGANIAN, et al.,

        Plaintiffs,

    v.

LIVERAMP HOLDINGS, INC., et al.,

        Defendants.

Case No. 25-cv-00824-JST

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Because "the parties do not have any issues that require the Court's intervention," ECF No. 104 at 9, and given that discovery has been referred to Magistrate Judge Alex G. Tse, the case management conference scheduled for April 17, 2026 is continued to July 17, 2026 at 1:30 p.m. An updated joint case management statement is due July 10, 2026.

    **IT IS SO ORDERED.**

Dated:  April 16, 2026



           JON S. TIGAR
        United States District Judge