UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA RIGANIAN, et al., | Case No. 25-cv-00824-JST (AGT) |
| Plaintiffs, | |
| v. | **DISCOVERY ORDER; ORDER ON MOTION TO SEAL** |
| LIVERAMP HOLDINGS, INC., et al., | Re: Dkt. Nos. 105, 106 |
| Defendants. | |

The Court overrules LiveRamp's relevance objection to Plaintiffs' RFP 31. RFP 31 asks LiveRamp to produce "[a]ll [non-privileged] documents and communications relating to the use of LiveRamp data, products, and services by political entities." Dkt. 106-1 at 2 (select capitalization omitted). The targeted documents relate to allegations in the complaint, *see* dkt. 32, FAC ¶¶ 60, 93 ("LiveRamp's 'Data Marketplace' [holds] . . . vast repositories of detailed consumer information . . . [including] political views" that "can be used by commercial or political actors to surveil and manipulate them.") (emphasis omitted); and at the discovery stage, Plaintiffs have persuaded the Court that "the use of LiveRamp's services by political entities, including what data they used and how they used it, is . . . relevant to Plaintiffs' Invasion of Privacy and Intrusion upon Seclusion claims," dkt. 106 at 2.

As for LiveRamp's proportionality and burden objections, including LiveRamp's concern that RFP 31 "risks miring the Court in a cascading process with numerous First Amendment objections lodged by affected entities," *id.* at 5, the parties need to meet and confer further. Meet-and-confer discussions to date appear to have centered on LiveRamp's relevance objection, *see id.* at 3 (alleging that "LiveRamp chose to categorically block any production responsive to RFP 31," and that "[o]nly with this dispute letter—for the first time—does LiveRamp assert any burden by providing 'hit counts' for these entities") (emphasis omitted), and Plaintiffs "remain willing to negotiate search terms to narrow the scope of responsive documents," *id.* at 3 n. 6. The parties shall meet and confer by June 9, 2026.

The Court grants LiveRamp's request to redact limited portions of the joint letter brief and Exhibits B and E thereto to protect commercially sensitive customer information. *See* Dkts. 105, 110.

**IT IS SO ORDERED.**

Dated: June 2, 2026

_____
Alex G. Tse
United States Magistrate Judge

2